Dear Honorable Judge Indira TALWANI,

I would like to take this opportunity to express my sincere apologies to the court, community, victims and my Family for my Role and Actions. I take full responsibility for my wrongdoings and I truly regret how it has effected all those involved, especially the victims. I wish I can go back and undo my wrongs but unfortunately life does not work that way. However, I can use this experience and my time in Federal prison to better myself emotionally and mentally as a person to ensure that nothing like this happens again. Going Forth I strive to be a positive role model, someone my family, especially my kids can be proud of, not embarrassed by. Arriving in the United States in 1990 at the age of 3 as an illegal immigrant was a gift and a curse at the same time. A gift because me and my family was able to escape hardship and death we faced during the Post Civil war years in Nigeria. A curse because growing up in the United States as an undocumented immigrant came with many disadvantages. Coming of Age, milestones like Driver's license, Jobs, FAFSA/COLLEGE Applications was unattainable for me due to my immigration status. Not being able to drive or obtain a Job left me Feeling hopeless and lost with no direction in life. Shortly after I graduated high school, I witnessed the murder of a childhood friend which lead to a dual diagnosis mental health

condition. To make matters worse I was deported back to Nigeria in 2021. Finding myself back in Nigeria where I have no family ties, knowledge of with a mental health disability posed serious problems for me. Within the first 7 months I was robbed 3 times, kidnapped and held captive until my ransom was paid. Very, very dark troubling times where my family and I feared for my life. Once I conclude my sentence in Federal prison, I look forward to my day in immigration court where I get to present my case for a Convention Against Torture (CAT) Asylum. In closing, At 37 years old I can honestly admit that I've made alot of bad decisions in my life in the pursuit of happiness that I can't ever seem to achieve. Therefore, I've just come to the conclusion to stop chasing it and just be content with what I do have and thats life, good health, family and friends.

Respectfully Submitted,

Chukwunonso Obiora
12/4/24