To The Honorable Indira Talwai

I am Ifeoma Obiora, the mother of Mr. Obiora for whom I am willingly writing this letter.

With full awareness and respect for the offenses my son is facing I as a mother felt obligated as well as privileged to write this letter on the behalf of Mr. Obiora.

From a young age of understanding the importance of family and unity Mr. Obiora never wavered from upholding such values among his siblings, relatives and church community growing up. In the times that were most trying for my family emotionally, Mr. Obiora always managed to keep us together through his consoling words, actions and heartily laugh that would lighten up nearly any adversity we felt we faced. Mr. Obiora suffers from a mental illness (Schizophrenia) that has brought many trials and errors in which I always worried for his well being knowing he is not himself when he has had countless episodes leading him in and out of mental institutions. However, I've seen him in many phases of his life and no phase is more admirable than the phase he grew into as a father; Selfless, nurturing, supportive, & overall present. Though I do not see him or speak to him often, it is always a refreshing feeling when I do, a refreshing feeling that even in my near stage of retirement keeps me going each day.

With all that is in regards, I would like to ask for leniency on the day of sentencing for the crimes he committed. Thank you, your Honor, I am grateful for the time taken out to read this letter.

Sincerely,

Ifeoma Obiora