Ikechukwu Obiora

███████████

███████████

█████████

Dear Honorable Indira Tolwai

My anime is Ikechukwu Obiora, Nonso Obiora is my son. He is a father of two beautiful children 10 and 3 years old respectively and a wife who is very supportive.

Nonso came to this country U.S.A. at the age of 5 years old and does not know any other country than this. Nonso was a very brilliant child growing up . He was a bright student and a caring young boy. During his school days, he was doing very well up until his high school when he was beaten up by a group of boys, and his behavior changed. Nonso became traumatized, which landed him in the hospital for weeks. His whole whole life changed, Nonso was going in and out of the hospital until I was told by the doctor he was diagnosed with Bipolar disorder. Ever Since then my son Nonso has been dealing with this. Nonso has been on so many psych medications. Sometimes when he stops taking his medications his cognitive and judgment will be off balance, though this issue doesn't stop him from loving and taking care of his family.

Nonso values his family and always wants to be with his children. Please have mercy on him to join back with his family if they need him. My grandchildren are looking forward to having him home.

Thank you for giving me the opportunity to write to you.May God bless you.

Sincerely yours,

Ikechukwu Obiora