Haate Browne



July 1, 2024

To The Honorable Indira Talwai

I am Haate Browne Mr.Obiora's domestic partner, I have known him for over twenty years. We do share two beautiful children together, ages ten and three. It is a privilege for me to vouch for his character and outstandingness throughout the time I have known him.

I am writing this letter to offer a more complete picture of who Mr.Obiora is as a person and father. I do fully understand and respect that Mr.Obiora is being charged with these crimes. I have experienced a different side of Mr.Obiora, a person who is helpful, selfless and caring. He stepped up when my mom was diagnosed with cancer by accompanying her to radiation and chemo treatments while I was working. During the time he was able to spend with his children he was always present, dependable and loving. He spent most days helping with my youngest so I could rest when she was an infant. Quality time was spent with my oldest attending extracurricular activities, spending one on one time playing board games and reading nightly bedtime stories. Although those things have come to a halt I do try to keep him connected with the children as best as I can through visits and phone calls.

Thank you for taking the time to read this letter. I would like to ask for leniency when it comes to the number of years he will be sentenced for his crimes. Please feel free to contact me with any questions and or concerns in regards to this letter.

Thank you again for your time and consideration.

 Sincerely,
Haate Browne